SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TERESA A. SAWATZKY,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Acting Commissioner of Social Security<br><br>Defendant. | No. 2:16-CV-02770-AC<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation (ECF No. 15) of the parties showing good cause for a requested extension of Plaintiff's time to File A Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall have an extension of time up to and including June 6, 2017 to file his Motion For Summary Judgment.

SO ORDERED.

DATED: April 19, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE